**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BSP Software LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 12 C 2100 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| Motio, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Status hearing held. Plaintiff's oral motion extend date to 10/14/2014 by which to file response to defendant's motion to file amended answer, affirmative defenses, and counterclaim [263] is granted. Defendant's oral motion to withdraw the appearances of James Davis and Todd Basile on its behalf is granted.

(0:06)

Date:   October 9, 2014                                  _____
                                                         U.S. District Judge Joan H. Lefkow